Slip Op. 08 - 12

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AGRO DUTCH INDUSTRIES, LTD., | : |
| Plaintiff, | : |
| v. | : **Before: MUSGRAVE, Senior Judge** |
| UNITED STATES, | : Court No. 04-00493 |
| Defendant, | : |
| and | : |
| COALITION FOR FAIR MUSHROOM TRADE, | : |
| Defendant-Intervenor. | : |

**FINAL JUDGMENT**

*Agro Dutch Industries Ltd. v. United States*, 508 F.3d 1024 (Fed. Cir. 2007) having reversed the judgment of this court sustaining the duty absorption inquiry with respect to the plaintiff and encompassed by *Certain Preserved Mushrooms From India: Final Results of Antidumping Duty Administrative Review*, 69 Fed. Reg. 51630 (Aug. 20, 2004), as amended 69 Fed. Reg. 55405 (Sep. 14, 2004), and the appellate court having remanded the matter with instruction to order Commerce to annul all duty absorption findings and conclusions encompassed thereby, now, therefore, to conform the judgment to the mandate of the appellate court*, it is hereby

**ORDERED,** that Commerce shall annul all duty absorption findings and conclusions with respect to the plaintiff and encompassed by said amended final determination in accordance with the foregoing.

                                                                /s/ R. Kenton Musgrave
                                                                R. KENTON MUSGRAVE, Senior Judge

Dated: January 24, 2008
       New York, New York

## NOTICE OF ENTRY AND SERVICE

      This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

      Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

      Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

      Tina Potuto Kimble  
      Clerk of the Court

Date: _____     By: _____  
                                                                             Deputy Clerk